**ESSEX MANUFACTURING, INC.,**
**Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

**No. 03–1491.**

United States Court of Appeals,
Federal Circuit.

March 4, 2004.

Before BRYSON, GAJARSA, and
PROST, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

Charles H. ANDRUS, Petitioner,

v.

**DEPARTMENT OF VETERANS**
**AFFAIRS, Respondent.**

No. 03–3162.

United States Court of Appeals,
Federal Circuit.

March 5, 2004.

Before MAYER, Chief Judge, LOURIE
and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDER and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.